IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STACEY EVERETT**                                                   **PLAINTIFF**

VS.                 **CASE NO. 3:10CV00275 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                               **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this __23__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE